IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41082
Summary Calendar
_____

THEODORE FLANAGAN,

Plaintiff-Appellant,

versus

NACOGDOCHES COUNTY JAIL,
In its capacity as an
institution of confinement;
Et Al,

Defendants,

NACOGDOCHES COUNTY JAIL,
In its capacity as an
institution of confinement; JOE
EVANS, In his official capacity as
Sheriff, Nacogdoches, Texas; MOLLY
BROWN; RODNEY WHITAKE; GINGER HENSON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-233
- - - - - - - - - -
July 29, 1998
Before EMILIO M. GARZA, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Theodore Flanagan, Texas prisoner # 734335, appeals the

dismissal of his suit pursuant to 28 U.S.C. § 1915(e).  Flanagan

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

contends that he was denied medical care, the recreational yard is unsafe, and he has been retaliated against for filing a grievance. We have reviewed the record and Flanagan's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court. Flanagan v. Nacogdoches County Jail, No. 9:95-CV-233 (Aug. 11, 1995).

AFFIRMED.